UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIA L. BRYANT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DARRELL STEINBURG, et al.,<br><br>Defendants. | No. 2:22-cv-01308-TLN-KJN<br><br><br><br>**ORDER** |

On October 4, 2022, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 6.) On October 21, 2022, Plaintiff filed objections to the findings and recommendations (ECF No. 7), which have been considered by the Court.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 6) are ADOPTED in full;

2. Plaintiff's federal claims under 42 U.S.C. § 1983, 18 U.S.C. § 241, and the Fair Housing Act (ECF Nos. 1, 4) are DISMISSED with prejudice;

3. The Court declines to exercise supplemental jurisdiction over any potential state-law claims and those claims are DISMISSED without prejudice; and

4. The Clerk of Court is directed to close this case.

**DATED: November 15, 2022**

Troy L. Nunley
United States District Judge